FILED '08 SEP 29 08:39 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS, et al.,

       Plaintiffs,

Civil No. 07-3039-CL

v.

RI-PAM LLC, and JOHN
RED HORSE,

       Defendants.

**ORDER**

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#46) is adopted. Plaintiff Union's motion for summary judgment as to plaintiffs' fifth claim for conversion (#22) is granted.

IT IS SO ORDERED.

DATED this 29 day of September, 2008.

OWEN M. PANNER
United States District Judge

2 - ORDER